## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FIRST CORNERSTONE BANK | : | No. 898 MAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MICHAEL PORTNOY, D/B/A MID | : | |
| ATLANTIC JUDGMENT ENFORCEMENT | : | |
| AND DANIEL DESTEFANO | : | |
| | : | |
| | : | |
| PETITION OF: MICHAEL PORTNOY, | : | |
| D/B/A MID ATLANTIC JUDGMENT | : | |
| ENFORCEMENT | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter